ACCEPTED
05-17-01147-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 6:16 PM
LISA MATZ
CLERK

## NO. 05-17-01147-CR

| | | | |
|---|---|---|---|
| **STEVEN TROY TILLERY** | § | **IN THE FIFTH** | FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS |
| | § | | 1/30/2018 6:16:37 PM |
| **VS.** | § | **COURT OF APPEALS,** | LISA MATZ<br>Clerk |
| | § | | |
| **STATE OF TEXAS** | § | **DALLAS, TEXAS** | |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Steven Troy Tillery, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 219th District Court of Collin County, Texas.

2.      The case below was styled the State of Texas vs. Steven Troy Tillery, and numbered 219-82576-2017.

3.      Appellant was convicted of Aggravated Sexual Assault of Child, a First-Degree Felony, on September 12, 2017.

4.      Appellant was assessed a sentence of fifty years (50) in prison.

5. Timely Notice of appeal was given on September 12, 2017.

6. The Clerk's Record was filed on November 11, 2017; the Reporter's Record was filed a month late on December 27, 2017.

7. Appellant's Brief was originally due on January 29th, 2018.

8. Appellant requests an extension of time of 30 days from the present date.

9. Appellant relies on the following facts as good cause for the requested extension:

When this Court sent out notice of the Reporter's record being filed on December 27th, Counsel was out of town for the Christmas holidays and failed to read the emailed notice. Thus, Counsel failed to calendar the January 29th due date has completed preparing the Appellate Brief.

Given the nature of this case, the record is extensive and there are many varied legal issues which must be researched and reviewed.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

GIBBS NOLTE ROBISON ROSE, PLLC

2780 Virginia Parkway, Suite 401
MCKINNEY, TX 75071
Tel: (972) 562-0266
Fax: (972) 569-9278


By: **/s/ Mitchell R. Nolte**
    Mitchell R. Nolte
    State Bar No. 00797159
    mitch@mckinneylaw.com
    Attorney for Steven Troy Tillery


## CERTIFICATE OF SERVICE

This is to certify that on January 31, 2018, a true and correct copy of the above and foregoing document was served on the State of Texas, Collin County Criminal District Attorney's Office, by electronic service through the Electronic Filing Manager.


**/s/ Mitchell R. Nolte**
Mitchell R. Nolte

**STATE OF TEXAS** §

§

**COUNTY OF COLLIN** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Mitchell R. Nolte, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

*/s/ Mitchell R. Nolte*
Mitchell R. Nolte
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on January 31, 2018, to certify which witness my hand and seal of office.

*/s/ Bobbi N. Johnson*

Notary Public, State of Texas
Comm Expires: 6/21/2020

4